No. 7,277.—STATE ex rel. CRISPIN, Relator, *v.* DISTRICT COURT et al., Respondents.

Decided April 21, 1934.

PER CURIAM.—Upon due consideration of relator's application for writ of supervisory control or other appropriate writ, it is ordered that the application be denied.